# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 11 MAL 2015
:
           Respondent         :
                        : Petition for Allowance of Appeal from the
                        : Order of the Superior Court
        v.            :
:
:
:
KHIRI ARTER,          :
:
           Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW,** this 28th day of July, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is as follows:

    Whether the Superior Court erred in upholding the Revocation Court's denial of Petitioner's motion to exclude evidence obtained in violation of the Petitioner's privacy rights under Article I, Section 8 of the Pennsylvania Constitution?